**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JEREMY G. MILLER**                                                                        **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 4:22-cv-00018-DMB-JMV**

**PIONEER HI-BRED INTERNATIONAL INC.**                         **DEFENDANT**

## ORDER LIFTING STAY

This matter is before the court consistent with an Order [10] entered on April 5, 2022, staying this case pending a ruling on the motion to dismiss. An Order [19] denying the motion to dismiss was entered on April 26, 2022. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**. A case management conference shall be set by separate notice.

**SO ORDERED**, this the 27th day of April, 2022.

                                                          /s/ Jane M. Virden
                                                          **UNITED STATES MAGISTRATE JUDGE**