**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JEREMY G. MILLER**                                                                           **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 4:22-cv-18-DMB-JMV**

**PIONEER HI-BRED INTERNATIONAL INC., ET AL.**           **DEFENDANTS**

**SUPPLEMENTAL ORDER**

By Order [40] of this Court, Plaintiff's Amended Complaint [41] was filed on the docket. However, there is no address for service of process of Defendant Monsanto Company in Plaintiff's Amended Complaint. Therefore, Plaintiff Jeremy G. Miller is hereby ordered to provide an address for Defendant Monsanto Company so that it may be served with process in accordance with 28 U.S.C. § 1915.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff shall provide an address for Defendant Monsanto Company within fourteen (14) days from the date of this Order.

SO ORDERED AND ADJUDGED, this the 23rd day of June, 2022.

                                                         /s/ Jane M. Virden
                                                        UNITED STATES MAGISTRATE JUDGE