**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JEREMY G. MILLER**                                                  **PLAINTIFF**

**V.**                                               **NO. 4:22-CV-18-DMB-JMV**

**MONSANTO COMPANY**
**and PIONEER HI-BRED**
**INTERNATIONAL, INC.**                                   **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 28th day of July, 2022.

                                                         **/s/Debra M. Brown**
                                                         **UNITED STATES DISTRICT JUDGE**