IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JEREMY G. MILLER**                                                                                                **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO.: 4:22-cv-18-DMB-JMV**

**PIONEER HI-BRED INTERNATIONAL INC.**                            **DEFENDANT**

## ORDER TERMINATING MOTION TO AMEND PRAYER FOR RELIEF AND MOTION TO STRIKE

This matter is before the court on the *pro se* Plaintiff's Motion to Amend Prayer for Relief [50] and Defendant Pioneer Hi-Bred International Inc.'s Motion to Strike [56]. After filing the first motion to amend [50], Plaintiff then filed a Second Motion to Amend Prayer for Relief [62].

The Court notes that the subsequent filing of the Second Motion to Amend Prayer for Relief [62] renders as moot the initial motion to amend, as well as the Defendant's motion to strike the initial motion to amend [56].

THEREFORE, it is ORDERED that Plaintiff's Motion to Amend Prayer for Relief [50] and Defendant's Motion to Strike [56] said motion are hereby **terminated as moot.** Plaintiff's Second Motion to Amend Prayer for Relief [62] will be considered by the undersigned when it becomes ripe.

**SO ORDERED** this, the 18th day of August, 2022.

                                                                       /s/ Jane M. Virden
                                                                      **UNITED STATES MAGISTRATE JUDGE**